

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2018

No. 04-14-00581-CV

Dean **DAVENPORT**, Dillon Water Resources, Ltd., 5D Drilling and Pump Service, Inc., f/k/a Davenport Drilling & Pump Service, Inc., 5D Water Resources, LLC f/k/a Davenport Oper., LLC, Water Exploration Co., Ltd., WAD, Inc., Water Investment Leasing Company, Appellants

v.

Tom **HALL**, et al.,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-03086
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Appellees have filed a motion for extension of time requesting their briefing deadline be extended to July 20, 2018. We GRANT appellees' motion. Appellees' brief is due on or before July 20, 2018. **Further requests for extension of time in which to file appellees' brief will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court